## GENTRY v. STATE.
### No. 26412.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Drunk driving is the offense; the punishment, a fine of $50.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.